**SWIGART LAW GROUP, APC**
Joshua B. Swigart (SBN 225557)
Josh@SwigartLawGroup.com
2221 Camino del Rio S, Ste 308
San Diego, CA 92108
Telephone: (866) 219-3343
Facsimile: (866) 219-8344

**BEN TRAVIS LAW, APC**
Ben Travis (SBN 305641)
ben@bentravislaw.com
4660 La Jolla Village Drive, Suite 100
San Diego, CA 92122
Telephone: (619) 353-7966

Attorneys for Plaintiff Benson Pai

**ARIAS SANGUINETTI WANG & TEAM LLP**
Mike Arias (SBN 115385)
mike@aswtlawyers.com
Craig S. Momita (SBN 163347)
craig@aswtlawyers.com
M. Anthony Jenkins (SBN 171958)
anthony@aswtlawyers.com
6701 Center Drive West, Suite 1400
Los Angeles, CA 90045
Telephone: (310) 844-9696
Facsimile: (310) 861-0168

Attorneys for Plaintiff Tony Mata

**COHELAN KHOURY & SINGER**
Timothy D. Cohelan (SBN 60827)
tcohelan@ckslaw.com
Isam C. Khoury (SBN 58759)
ikhoury@ckslaw.com
Rosemary C. Khoury (SBN 331307)
rkhoury@ckslaw.com
605 C Street, Suite 200
San Diego, CA 92101
Telephone: (619) 595-3001
Facsimile: (619) 595-3000

**KEEGAN & BAKER LLP**
Patrick N. Keegan (SBN 167698)
pkeegan@keeganbaker.com
2292 Faraday Avenue, Suite 100
Carlsbad, CA 92008
Telephone: (760) 929-9303
Facsimile: (760) 929-9260

Attorneys for Plaintiff Darnell Williams

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| BENSON PAI, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TESLA, INC., d/b/a TESLA MOTORS, INC.<br><br>Defendant. | Case No. 3:23-cv-04550-JD<br>Assigned to: Hon. James Donato<br>**CONSOLIDATED CLASS ACTION**<br>**NOTICE OF APPEARANCE OF ROSEMARY C. KHOURY ON BEHALF OF PLAINTIFF DARNELL WILLIAMS** |

| | |
|---|---|
| TONY MATA, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>    v.<br><br>TESLA, INC., doing business in California as TESLA MOTORS, INC.; and DOES 1 through 10, inclusive,<br><br>       Defendant. | Case No. 3:23-cv-04626-JD<br><br>Assigned to: Hon. James Donato |
| DARNELL WILLIAMS, individually on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>    v.<br><br>TESLA, INC.,<br><br>       Defendant. | Case No. 3:23-cv-04832-JD<br><br>Assigned to: Hon. James Donato |

**TO THE COURT, AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Rosemary C. Khoury of Cohelan Khoury & Singer hereby appears as counsel for Plaintiff DARNELL WILLIAMS in this consolidated action. Please enter my appearance as co-counsel for inclusion of all notices through the Court's Electronic Case Filing System.

                                                   COHELAN KHOURY & SINGER
                                                   KEEGAN & BAKER, LLP

Dated: March 29, 2024            By:   s/Rosemary C. Khoury
                                                          Timothy D. Cohelan
                                                           Isam C. Khoury
                                                           Rosemary C. Khoury
                                                 Attorneys for Plaintiff DARNELL WILLIAMS, on behalf of himself and all others similarly situated

# PROOF OF SERVICE

*Pai v. Tesla, Inc.*

U.S.D.C. Case No. 3:23-cv-04550-JD

I, Karla Sousa, declare as follows:

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to this action. My business address is 605 "C" Street, Suite 200, San Diego, California 92101.

On March 29, 2024, I instituted service of the forgoing document(s) described as:

**NOTICE OF APPEARANCE OF ROSEMARY C. KHOURY ON BEHALF OF PLAINTIFF DARNELL WILLIAMS**

on the following parties:

**SEE ATTACHED SERVICE LIST**

in the following manner (as indicated below):

Submitting an electronic version of the document(s) via portable document format (PDF) to the court at https://ecf.cand.uscourts.gov.

Service will be deemed effective as provided for by Civil Local Rule 5-1 of the District Court of California, Northern District.

I declare that I am employed in the office of a member of the bar of this court at whose direction this service is made.

Executed March 29, 2024, at San Diego, California.

_____
Karla Sousa

*Pai v. Tesla, Inc.*
**United States District Court Case No. 3:23-cv-04550-JD**
**SERVICE LIST**

| | |
|---|---|
| Gayle R. Klein, Esq.<br>Robert Barton, Esq.<br>FRESHFIELDS BRUCKHAUS DERINGER US, LLP<br>3 World Trade Center<br>175 Greenwich Street, 51st Floor<br>New York, NY 10007<br>gayle.klein@freshfields.com<br>robert.barton@freshfields.com | Counsel for Defendant |
| Joseph Duffy, Esq.<br>MORGAN, LEWIS & BOCKIUS LLP<br>300 South Grand Avenue,<br>Twenty-Second Fl.<br>Los Angeles, CA 90071-3132<br>joseph.duffy@morganlewis.com | Counsel for Defendant |
| Joshua B. Swigart, Esq.<br>SWIGART LAW GROUP, APC<br>2221 Camino Del Rio South, Suite 308<br>San Diego, CA 92108-3551<br>josh@swigartlawgroup.com | Co-counsel for *Pai* Plaintiffs |
| Ben Travis, Esq.<br>BEN TRAVIS LAW, APC<br>4660 La Jolla Village Drive, Suite 100<br>San Diego, CA 92122<br>ben@bentravislaw.com | Co-counsel for *Pai* Plaintiffs |
| Mike Arias, Esq.<br>Craig S. Momita, Esq.<br>M. Anthony Jenkins, Esq.<br>ARIAS SANGUINETTI WANG & TORRIJOS, LLP<br>6701 Center Drive West, Suite 1400<br>Los Angeles, CA 90045<br>mike@aswtlawyers.com<br>craig@aswtlawyers.com<br>anthony@aswtlawyers.com | Co-counsel for *Mata* Plaintiffs |
| Patrick N. Keegan, Esq.<br>KEEGAN & BAKER, LLP<br>2292 Faraday Avenue, Suite 100<br>Carlsbad, CA 92008<br>pkeegan@keeganbaker.com | Counsel for *Williams* Plaintiffs |