# EXHIBIT 2

Case 3:23-cv-04550-JD   Document 36-2   Filed 07/12/24   Page 1 of 3

## **EXHIBIT 2**

List of Cases in which California Courts have Enforced Tesla's Arbitration Agreement

| Case Name | Court | Case Number |
|---|---|---|
| *Hidalgo v. Tesla Motors, Inc.* | Northern District of California | 5:15-cv-05185-BLF |
| *Lambert v. Tesla, Inc.* | California Superior Court, Alameda County | RG17854515 |
| *Lambert v. Tesla, Inc.* | Northern District of California | 17-cv-05369-VC |
| *Lambert v. Tesla, Inc.* | Ninth Circuit Court of Appeals | 923 F.3d 1246 (No. 18-15203) |
| *Rodriguez v. Tesla, Inc.,* | California Superior Court, Alameda County | RG18904409 |
| *Murrain v. Tesla, Inc.* | California Superior Court, Santa Clara County | 18CV334861 |
| *Gevarges v. Tesla, Inc.* | California Superior Court, Alameda County | RG20070850 |
| *Stanley v. Tesla, Inc.* | California Superior Court, Los Angeles County | 20STCV45203 |
| *Davis v. Tesla, Inc.* | California Superior Court, Alameda County | RG20071150 |
| *Rodriguez v. Tesla, Inc.* | California Superior Court, Alameda County | RG21097960 |
| *Stewart v. Tesla, Inc.* | California Superior Court, San Joaquin County | STK-CV-UOE-2021-0000286 |
| *Buggs v. Tesla, Inc.* | California Superior Court, Alameda County | RG20054661 |
| *Bluford v. Tesla, Inc.* | California Superior Court, Los Angeles County | 21STCV43054 |
| *Bivens v. Tesla, Inc.* | California Superior Court, Alameda County | RG21088813 |
| *Gonzalez v. Tesla, Inc.* | California Superior Court, Alameda County | 21CV004780 |
| *Frank v. Tesla, Inc.* | Central District of California | 2:22-cv-01590 |
| *Vela v. Tesla, Inc.* | California Superior Court, Santa Clara County | 22CV394781 |
| *Dickson v. Tesla, Inc.* | Northern District of California | 5:22-cv-01720` |
| *Garibay v. Tesla, Inc.* | California Superior Court, Alameda County | 22CV010893 |

| *Butler v. Tesla, Inc.* | California Superior Court, Alameda County | 22CV010543 |
| --- | --- | --- |
| *Mederos v. Tesla, Inc.* | California Superior Court, Los Angeles County | 22STCV15424 |
| *Sultan v. Tesla, Inc.* | California Superior Court, Alameda County | 22CV014977 |
| *Kiss v. Tesla, Inc.* | California Superior Court, Alameda County | 22CV016667 |
| *Pierce v. Tesla, Inc.* | Northern District of California | 3:22-cv-03177 |