UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re Tesla Employee Data Breach Litigation | Case No. 3:23-cv-04550-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TESLA, INC.'S MOTION TO COMPEL ARBITRATION**<br><br>Judge:  Hon. James Donato<br><br>Date Action Filed:  September 5, 2023 |

## [PROPOSED] ORDER

Having considered the record and briefings submitted by the parties in this action and the arguments presented at the hearing on this Motion, and good cause appearing, Defendant Tesla, Inc.'s Motion to Compel Arbitration is hereby **GRANTED.**

**THEREFORE,** Plaintiffs are hereby ordered to bring their claims in arbitration on an individual basis, and the case is stayed pending arbitration.

**IT IS SO ORDERED.**

Dated: _____        _____
                                                                    Hon. James Donato
                                                                    United States District Judge