Mike Arias, Esq. (SBN 115385)
mike@aswtlawyers.com
Craig S. Momita, Esq. (SBN 163347)
craig@aswtlawyers.com
M. Anthony Jenkins, Esq. (SBN 171958)
anthony@aswtlawyers.com
**ARIAS SANGUINETTI WANG
& TEAM LLP**
6701 Center Drive West, Suite 1400
Los Angeles, CA 90045
Tel: (310) 844-9696 / Fax: (310) 861-0168

Interim Lead Counsel and Attorneys for
Plaintiff TONY MATA

Timothy D. Cohelan, Esq. (SBN 60827)
tcohelan@ckslaw.com
Isam C. Khoury, Esq. (SBN 58759)
ikhoury@ckslaw.com
Rosemary C. Khoury, Esq. (SBN 331307)
rkhoury@ckslaw.com
**COHELAN KHOURY & SINGER**
605 C Street, Suite 200
San Diego, CA 92101
Tel: (619) 595-3301 / Fax: (619) 595-3000

Patrick N. Keegan, Esq. (SBN 167698)
pkeegan@keeganbaker.com
**KEEGAN & BAKER, LLP**
2292 Faraday Avenue, Suite 100
Carlsbad, CA 92009
Tel: (760) 929-9303 / Fax: (760) 929-9260

Attorneys for Plaintiff
DARNELL WILLIAMS

Joshua B. Swigart, Esq. (SBN 225557)
josh@swigartlawgroup.com
**SWIGART LAW GROUP, APC**
2221 Camino del Rio South, Suite 308
San Diego, CA 92108
Tel: (866) 219-3343 / Fax: (866) 219-8344

Ben Travis, Esq. (SBN 30564)
**BEN TRAVIS LAW, APC**
4660 La Jolla Village Dr., Ste. 100
San Diego, CA 92122
Tel: (619) 353-7966

Attorneys for Plaintiff BENSON PAI

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA EMPLOYEE DATA BREACH LITIGATION | Case No.: 3:23-cv-04550-JD<br>Assigned to: Hon. James Donato<br><br>**EVIDENTIARY OBJECTIONS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO TESLA'S MOTION TO COMPEL ARBITRATION**<br><br>Date: September 12, 2024<br>Time: 10:00 a.m. |

1

**EVIDENTIARY OBJECTIONS**

2

Plaintiffs object to Katrina Adams Declaration, ECF 36-3, at ¶12. Those statements lack of

3 foundation and personal knowledge, are based on inadmissible hearsay, and violate the best

4 evidence rule. Fed. R. Evid. 602 (foundation, personal knowledge), 801-802 (hearsay), 1002, et seq.

5 (best evidence). Declarant has no personal knowledge regarding what was given to new employees

6 in California in 2016, or to Plaintiffs, that she describes. Fed. R. Evid. 602; see, ECF 36-3, at ¶1

7 (merely, "I am currently employed by Tesla, Inc. ("Tesla") as a Human Resources Manager.") and

8 ¶4 (merely, "I am familiar with Tesla's current and past practice of providing new employees

9 arbitration agreements"). Declarant relies on other alleged records, none of which are attached or

10 even identified or referenced in detail. Fed. R. Evid. 801-802; see, ECF 36-3, at ¶12 (merely, "As

11 part of their onboarding process, Plaintiffs Pai and Williams also executed a Proprietary

12 Information and Inventions Agreement.") The Katrina Adams Declaration, ECF 36-3, at ¶12 should

13 be stricken and not considered by the Court.

14 Dated: July 26, 2024

15

16

SWIGART LAW GROUP, APC

By   /s/ Joshua B. Swigart

Joshua B. Swigart

17

18

*Attorneys for Plaintiff Benson Pai and the
alleged class*

19 Dated: July 26, 2024

20

21

ARIAS SANGUINETTI WANG & TEAM LLP

By   /s/ Craig S. Momita

Craig S. Momita

22

23

*Attorneys for Plaintiff Tony Mata and the
alleged class*

24 Dated: July 26, 2024

25

26

KEEGAN & BAKER LLP

By   /s/ Patrick N. Keegan

Patrick N. Keegan

27

*Attorneys for Plaintiff Darnell Williams
and the alleged class*

28

EVIDENTIARY OBJECTIONS                          Case No.: 3:23-cv-04550-JD

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the document's content, and have authorized the filing.

Dated: July 26, 2024

ARIAS SANGUINETTI WANG & TEAM LLP

By   /s/ Craig S. Momita

Craig S. Momita

*Attorneys for Plaintiff Tony Mata and the alleged class*

EVIDENTIARY OBJECTIONS                                                   Case No.: 3:23-cv-04550-JD