Mike Arias, Esq. (SBN 115385)
mike@aswtlawyers.com
Craig S. Momita, Esq. (SBN 163347)
craig@aswtlawyers.com
M. Anthony Jenkins, Esq. (SBN 171958)
anthony@aswtlawyers.com
**ARIAS SANGUINETTI WANG & TEAM LLP**
6701 Center Drive West, Suite 1400
Los Angeles, CA 90045
Tel: (310) 844-9696 / Fax: (310) 861-0168

Interim Lead Counsel and Attorneys for Plaintiff TONY MATA

Timothy D. Cohelan, Esq. (SBN 60827)
tcohelan@ckslaw.com
Isam C. Khoury, Esq. (SBN 58759)
ikhoury@ckslaw.com
Rosemary C. Khoury, Esq. (SBN 331307)
rkhoury@ckslaw.com
**COHELAN KHOURY & SINGER**
605 C Street, Suite 200
San Diego, CA 92101
Tel: (619) 595-3301 / Fax: (619) 595-3000

Patrick N. Keegan, Esq. (SBN 167698)
pkeegan@keeganbaker.com
**KEEGAN & BAKER, LLP**
2292 Faraday Avenue, Suite 100
Carlsbad, CA 92009
Tel: (760) 929-9303 / Fax: (760) 929-9260

Attorneys for Plaintiff
DARNELL WILLIAMS

Joshua B. Swigart, Esq. (SBN 225557)
josh@swigartlawgroup.com
**SWIGART LAW GROUP, APC**
2221 Camino del Rio South, Suite 308
San Diego, CA 92108
Tel: (866) 219-3343 / Fax: (866) 219-8344

Ben Travis, Esq. (SBN 30564)
**BEN TRAVIS LAW, APC**
4660 La Jolla Village Dr., Ste. 100
San Diego, CA 92122
Tel: (619) 353-7966

Attorneys for Plaintiff BENSON PAI

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE TESLA EMPLOYEE DATA BREACH LITIGATION | Case No.: 3:23-cv-04550-JD<br>Assigned to: Hon. James Donato<br><br>**DECLARATION OF CRAIG S. MOMITA IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>Date: September 12, 2024<br>Time: 10:00 a.m. |

1

# DECLARATION OF CRAIG S. MOMITA

I, Craig S. Momita, do hereby declare as follows:

1. I am an attorney of law duly licensed to practice before this Court and before all courts in the State of California. I am a Senior Associate of Arias Sanguinetti Wang & Team LLP, attorneys of record for Plaintiff TONY MATA. I have personal knowledge of the matter contained in this declaration. If called, I could, and would, testify completely thereto. I submit this declaration in support of Plaintiff's Opposition to Defendant Tesla, Inc.'s Motion to Compel Arbitration.

2. I have practiced civil litigation in California's state and federal courts for the past 30 years, with the past 20 years primarily devoted to wage and hour, employment and class action litigation. I have an extensive experience in employment, wage and hour and consumer class actions. I have successfully filed and resolved over 600 wage and hour cases. I have successfully obtained class certification and settlement of numerous class actions alleging violations of the Labor Code. I have obtained favorable results for employees at jury trial, bench trial and arbitration. I am recognized as a Southern California Super Lawyer.

3. I have been counsel, co-counsel, or handling counsel in numerous cases certified as class actions including: *Nunez v. Church and State*, Los Angeles Superior Court Case No. BC490724; *Patton v. Dollar Tree Stores, Inc.*, U.S. District Court, Central District of California, Case No. 15-cv-3813-MWF (PJWx) (wage and hour); *Stevens, et al. v. Safeway Inc.*, et al., U.S. District Court, Central District of California, Case No. 05-cv-1988-MMM (SHx) (wage and hour, FLSA); *Sullivan v. Dolgen California, LLC*, U.S. District Court Northern District of California, Case No. 15-cv-1617-JD (wage and hour); *Mosse v. CVS Caremark Corp.*, et al., Los Angeles Superior Court, Case No. BC387082 (wage and hour); *Esparza v. Safeway Inc.*, et al., Los Angeles Superior Court, Case No. BC369766 (wage and hour); *DeJoseph v. Michaels Stores, Inc.*, U.S. District Court, Central District of California,

Case No. 07-cv-1489-GW (AGRx) (wage and hour); and *Alvarez v. Ashley Furniture Industries, Inc.*, et al., U.S. District Court, Central District of California, Case No. 16-cv-0630 MWF (MRWx) (consumer fraud).

4. I served as co-counsel or appellate counsel in over nine published opinions in State and Federal Court, including two California Supreme Court Cases: *Sav-On Drug Stores, Inc. v. Superior Court* (2004) 34 Cal. 4th 319 and *Prachasaisoradej v. Ralphs Grocery Co.* (2007) 42 Cal. 4th 217; six Court of Appeal decisions in: *Ralphs Grocery Co. v. Superior Court* (2004) 112 Cal. App. 4th 1090, *Puerto v. Superior Court* (2008) 158 Cal. App. 4th 1242, *Prachasaisoradej v. Ralphs Grocery Co., Inc.* (2007) 42 Cal. 4th 217; *Heyen v. Safeway Inc.* (2013) 216 Cal.App.4th 795, *Safeway Wage and Hour Cases* (2019) 43 Cal.App.5th 665; *Batze v. Safeway, Inc.* (2017) 10 Cal.App.5th 440, and the 9th Circuit decision *National Distrib. Agency v. Nationwide Mut. Ins. Co.*, 117 F.3d 432 (9th Cir. 1997). Most of these cases are wage and hour class actions asserting violation of California law and the Labor Code.

5. All my cases are Plaintiff's cases. All have substantial risks. Our firm advances all costs and all of our firm's time. I am extremely selective about picking my cases; tying to help those that are (a) the most clearly in need and (b) that might have a chance to prevail. Even so, I recognize that often any financial remuneration will not be forthcoming until years and years after I initially begin to pursue a case. Our firm litigates data breach cases similar to this case on a class basis and would not take a case from any of the absent class members if our firm had to litigate it on an individual basis because of the moderate damages and because these cases are labor intensive.

6. In my experience, the employees that come into my office have little knowledge of their rights under California law and rarely do they come in while still

working for the employer who wronged them. Many times the employees who come into my office have worked for the employer for less than one year.

7. Without the ability to litigate these cases a class proceeding, my firm could not represent the individual class members, especially if we had arbitrate each one separately because of the low damages present in many of these cases.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of July, 2024 at Los Angeles, California.

                                           /s/ Craig S. Momita
                                             Craig S. Momita