1

Mike Arias, Esq. (SBN 115385)
mike@aswtlawyers.com

2

Craig S. Momita, Esq. (SBN 163347)
craig@aswtlawyers.com

3

M. Anthony Jenkins, Esq. (SBN 171958)
anthony@aswtlawyers.com

4

**ARIAS SANGUINETTI WANG
& TEAM LLP**

5

6701 Center Drive West, Suite 1400
Los Angeles, CA 90045

6

Tel: (310) 844-9696 / Fax: (310) 861-0168

7

Interim Lead Counsel and Attorneys for
Plaintiff TONY MATA

8

Timothy D. Cohelan, Esq. (SBN 60827)
tcohelan@ckslaw.com

9

Isam C. Khoury, Esq. (SBN 58759)
ikhoury@ckslaw.com

10

Rosemary C. Khoury, Esq. (SBN 331307)
rkhoury@ckslaw.com

11

**COHELAN KHOURY & SINGER**

12

605 C Street, Suite 200
San Diego, CA 92101
Tel: (619) 595-3301 / Fax: (619) 595-3000

13

14

Patrick N. Keegan, Esq. (SBN 167698)
pkeegan@keeganbaker.com
**KEEGAN & BAKER, LLP**

15

2292 Faraday Avenue, Suite 100
Carlsbad, CA 92009

16

Tel: (760) 929-9303 / Fax: (760) 929-9260

17

Attorneys for Plaintiff
DARNELL WILLIAMS

Joshua B. Swigart, Esq. (SBN 225557)
josh@swigartlawgroup.com
**SWIGART LAW GROUP, APC**
2221 Camino del Rio South, Suite 308
San Diego, CA 92108
Tel: (866) 219-3343 / Fax: (866) 219-8344

Ben Travis, Esq. (SBN 30564)
**BEN TRAVIS LAW, APC**
4660 La Jolla Village Dr., Ste. 100
San Diego, CA 92122
Tel: (619) 353-7966

Attorneys for Plaintiff BENSON PAI

18

19

20

21

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

22

IN RE TESLA EMPLOYEE DATA BREACH
LITIGATION

23

24

25

26

27

28

Case No.: 3:23-cv-04550-JD
Assigned to: Hon. James Donato

**DECLARATION OF BENSON PAI
IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO DEFENDANT'S
MOTION TO COMPEL
ARBITRATION**

Date: September 12, 2024
Time: 10:00 a.m.

1

## DECLARATION OF BENSON PAI

I, Benson Pai, do hereby declare as follows:

1.      I began working for Tesla as non-exempt, hourly position of Production Associate, working at Tesla's Fremont, California facilities in or about June 2015, via a staffing agency. I was subsequently hired directly by Tesla the following year (May 5, 2016) in the same position.

2.      I did not sign any agreement with Tesla when I commenced work with Tesla in June 2015 or prior to signing my employment agreement with Tesla on May 5, 2016. The significance and scope of my employment agreement with Tesla was never explained to me by anyone at Tesla.

3.      I do not recall receiving or signing a Proprietary Information and Inventions Agreement (PIIA) when I signed my employment agreement with Tesla on April 28, 2016 or at any time thereafter during my employment with Tesla.

4.      Tesla terminated me without cause on April 14, 2021.

5.      My "separation" of employment from Tesla on August 03, 2023, was done while I was on medical leave.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _26_ day of July, 2024 at _Fremont, California_____.

(city and state)

_____

Benson Pai