| | |
|---|---|
| Mike Arias, Esq. (SBN 115385)<br>mike@aswtlawyers.com<br>Craig S. Momita, Esq. (SBN 163347)<br>craig@aswtlawyers.com<br>M. Anthony Jenkins, Esq. (SBN 171958)<br>anthony@aswtlawyers.com<br>**ARIAS SANGUINETTI WANG**<br>**& TEAM LLP**<br>6701 Center Drive West, Suite 1400<br>Los Angeles, CA 90045<br>Tel: (310) 844-9696 / Fax: (310) 861-0168<br><br>Interim Lead Counsel and Attorneys for Plaintiff TONY MATA | Joshua B. Swigart, Esq. (SBN 225557)<br>josh@swigartlawgroup.com<br>**SWIGART LAW GROUP, APC**<br>2221 Camino del Rio South, Suite 308<br>San Diego, CA 92108<br>Tel: (866) 219-3343 / Fax: (866) 219-8344<br><br>Ben Travis, Esq. (SBN 30564)<br>**BEN TRAVIS LAW, APC**<br>4660 La Jolla Village Dr., Ste. 100<br>San Diego, CA 92122<br>Tel: (619) 353-7966<br><br>Attorneys for Plaintiff BENSON PAI |

Timothy D. Cohelan, Esq. (SBN 60827)
tcohelan@ckslaw.com
Isam C. Khoury, Esq. (SBN 58759)
ikhoury@ckslaw.com
Rosemary C. Khoury, Esq. (SBN 331307)
rkhoury@ckslaw.com
**COHELAN KHOURY & SINGER**
605 C Street, Suite 200
San Diego, CA 92101
Tel: (619) 595-3301 / Fax: (619) 595-3000

Patrick N. Keegan, Esq. (SBN 167698)
pkeegan@keeganbaker.com
**KEEGAN & BAKER, LLP**
2292 Faraday Avenue, Suite 100
Carlsbad, CA 92009
Tel: (760) 929-9303 / Fax: (760) 929-9260

Attorneys for Plaintiff
DARNELL WILLIAMS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TESLA EMPLOYEE DATA BREACH LITIGATION | Case No. 3:23-CV-04550-JD<br>Assigned to: Hon. James Donato<br><br>**DECLARATION OF DARNELL WILLIAMS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO TESLA'S MOTION TO COMPEL ARBITRATION**<br><br>Date: September 12, 2024<br>Time: 10:00 a.m. |

Declaration of Darnell Williams  1  Case No. 3:23-cv-04550-JD

I, Darnell Williams, declare:

1. I am one of the name Plaintiffs in this case. I have personal knowledge of the following facts and if called upon as a witness I could and would competently testify to the matters stated herein.

2. I began working for Tesla as non-exempt, hourly position of Production Associate, working at Tesla's Fremont, California facilities on or about June 2015 via a staffing agency. I was subsequently hired directly by Tesla the following year (commencing on May 2, 2016) to work in the same position at the same location.

3. I did not sign any agreement with Tesla when I commenced work with Tesla in June 2015 or prior to signing my employment agreement with Tesla on April 28, 2016. The significance and scope of my employment agreement with Tesla was never explained to me by anyone at Tesla.

4. I do not recall receiving or signing a Proprietary Information and Inventions Agreement (PIIA) before or when I signed my employment agreement with Tesla on April 28, 2016 or anytime thereafter during my employment with Tesla.

5. Tesla terminated me without cause on August 03, 2023, not on March 17, 2022. Attached hereto as Exhibit A is a true and correct of the Notice to Employee of Change in Relationship informing me of a change of employment relation to "Separation" that I received from Tesla.

6. I received my "separation" of employment from Tesla on August 03, 2023 while I was on medical leave, without prior notice.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and that this declaration was signed by me on the date set forth below.

Dated: 7/26/2024

*Darnell Williams*
Darnell Williams

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on July 26, 2024, a true and correct copy of the **DECLARATION OF DARNELL WILLIAMS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO TESLA'S MOTION TO COMPEL ARBITRATION** was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's EM/ECF System.

s/ *Patrick N. Keegan*
Patrick N. Keegan, Esq.
pkeegan@keeganbaker.com
