# Exhibit A



## Notice to Employee of Change in Relationship

**Name of Employee:** Darnell Williams
**Social Security Number:**
**Effective Date of Separation:** 03 August 2023

Pursuant to Section 1089-1 of the California Unemployment Insurance Code, this will serve as notification to you that your Tesla employment relationship has changed as follows:

☑ Separation

Tesla Inc.



(Name of Employer)

Human Resources

(By)

T E S L A   3500 Deer Creek Rd
Palo Alto, CA 94304
p 650.681.5000
f 650.681.5200